INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Cody Joseph Halstead<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>IU Health LifeLine;<br>Kristina "Kristy" Hirt, Brad Warren, Anna Akinjo<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **4:25-cv-001-TWP-KMB**<br>*(to be filled in by the Clerk's Office)*<br><br>**FILED**<br>**01/01/2025**<br>**U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF INDIANA**<br>**Kristine L. Seufert, Clerk** |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**Demand for Jury Trial**     ☐ Yes     ☒ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[X] Relevant state law *(specify, if known)*:
Title 22. Article 9. Chapter 5. Section 19.

[ ] Relevant city or county law *(specify, if known)*:

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cody Joseph Halstead |
| Street Address | 102 Lakeview Drive |
| City and County | Salem, Washington County |
| State and Zip Code | Indiana 47167 |
| Telephone Number | 812.272.6012 |
| E-mail Address | cody.j.halstead@gmail.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kristina "Kristy" Hirt |
| Job or Title *(if known)* | Director, LifeLine |
| Street Address | 109 Gasoline Alley |
| City and County | Indianapolis, Marion County |
| State and Zip Code | Indianapolis 46222 |
| Telephone Number | 812.212.6460 |
| E-mail Address *(if known)* | khirt@iuhealth.org |

Defendant No. 2

| | |
|---|---|
| Name | Brad Warren |
| Job or Title *(if known)* | Manager, LifeLine |
| Street Address | 2995 N Lintel Drive |
| City and County | Bloomington, Monroe County |
| State and Zip Code | Indiana 47404 |
| Telephone Number | 317.502.9429 |
| E-mail Address *(if known)* | bwarren5@iuhealth.org |

Defendant No. 3

| | |
|---|---|
| Name | Anna Akinjo |
| Job or Title *(if known)* | Director, Human Resources |
| Street Address | 714 N Senate Ave, Suite 200 |
| City and County | Indianapolis, Marion County |
| State and Zip Code | Indiana 46202 |
| Telephone Number | 463.206.6019 |
| E-mail Address *(if known)* | aakinjo@iuhealth.org |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | IU Health LifeLine |
| Street Address | 2995 N Lintel Drive |
| City and County | Bloomington, Monroe County |
| State and Zip Code | Indiana 47404 |
| Telephone Number | 812.212.6460 |

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [X] Failure to accommodate my disability.
- [X] Unequal terms and conditions of my employment.
- [X] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Earliest: 02-01-2024, Latest: 11-04-2024, Continuing Action

C. I believe that defendant(s) *(check one)*:

- [X] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

Case 4:25-cv-00001-TWP-TAB   Document 1   Filed 01/01/25   Page 5 of 7 PageID #: 5

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☒ gender/sex — Sexual orientation
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  ADHD, Anxiety, Autism Spectrum Disorder, GI Disruption

E. The facts of my case are as follows. Attach additional pages if needed.

I am a gay male who works for IU Health LifeLine in Monroe County, Indiana. I believed that I was retaliated against after making complaints regarding harassment by other co-workers, who I believed targeted me due to my sexuality. After structural changes with leadership and shifts, I began working under Brad Warren as my manager. Additionally, two tenured paramedics on the same shift, who are close friends, began causing an uncomfortable, hostile work environment. This ongoing issue resulted in the problems being reported to Brad Warren. Brad Warren never took action on these issues, leading to worsening. Due to the ongoing issues the problems were escalated higher, to Brad Warren's manager, Kristina "Kristy" Hirt. During the interaction it was conveyed to Kristy Hirt that Brad Warren was not effective in addressing the issues and that it cause further discomfort in the workplace. Two weeks to the date of the meeting with Kristy Hirt, I was issued a corrective action at the highest level explaining a long list of issues that were never conveyed, presented in documented from to me, and was sporadic in nature. This also stated that I had a poor attitude, low moral, and did not carry my weight. All the statements were in high contrast to performance reviews and other praise issued prior. I had to appeal this corrective action to human resources, Anna Akinjo. In the appeal it was noted that I felt that the corrective action was retaliatory in nature. It was also noted that I felt I was being discriminated against. Nothing was addressed with these concerns. I continued having issues of the same nature, with no support or relief. It was implied by Kristy Hirt and Brad Warren that I was not permitted to present any other issues and to work in the streamlined manor with no input. I have still been targeted by Kristy Hirt and Brad Warren and feel as if I am under a close monitoring. I have been requested to have ongoing meetings with Kristy Hirt and Anna Akinjo. I have presented these issues to the Equal Employment Opportunity Commission as well.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV. Exhaustion of Federal Administrative Remedies

**A.** It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 15th, 2024

**B.** The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 11-22-2024.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.** Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Review/reversal of corrective actions. Educational training and review of current leadership structure, including bias from leaders when handling issues. Oversight of leadership. Transparency from leaders. Formal process for notifying employees of issues. Monetary damages as a result of worsening/provoking anxiety and time lost at meetings; amount of $5,000 one-time payment. External review of IU Health LifeLine leadership via independent agency.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 6/24 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-31-2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Cody J. Halstead